UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>  Plaintiff,<br><br>v.<br><br>CARLTON HILLS PLAZA INVESTORS, LLC, a California Limited Liability Campany; KALASHO, INC., a California Corporation; and DOES 1-10,<br><br>  Defendants. | Case No.: 3:20-cv-00561-BEN-BGS<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[Doc. No. 11] |

The Court has considered Plaintiff Scott Schutza ("Plaintiff") and Defendant Carlton Hills Plaza Investors, LLC's ("Defendant") second joint motion to extend time to respond to the initial Complaint.  For good cause shown, the Motion is **GRANTED**.  The Defendant shall have until July 15, 2020, to file its Answer or otherwise respond to the Complaint.  No further continuances will be granted without just cause.

**IT IS SO ORDERED.**

Dated:  July 8, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge